UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARGENTA CODY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 06-cv-388-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of subject matter jurisdiction.

**DATED:** March 11, 2009      **KEENAN G. CASADY, CLERK**

    s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**